# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Maria Theresa C. Vinluan

_____

Write the full name of each plaintiff.

-against-

Ardsley Union Free School District and

Jeanne Farruggio

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Individual with Disabilities Education Act (IDEA)

Section 504 of the Rehabilitation Act of 1973; Title II of the Americans with Disabilities Act (ADA)

Sections 1983 and 1985 of the Civil Rights Act of 1891 for violations of the Fourteenth Amendment

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, N/A_____, is a citizen of the State of
(Plaintiff's name)

N/A_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __N/A_____, is a citizen of the State of
(Defendant's name)

__N/A_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__N/A_____.

If the defendant is a corporation:

The defendant, __N/A_____, is incorporated under the laws of the State of __N/A_____

and has its principal place of business in the State of __N/A_____

or is incorporated under the laws of (foreign state) __N/A_____

and has its principal place of business in __N/A_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Maria Theresa | C. | Vinluan |
|---|---|---|
| First Name | Middle Initial | Last Name |

95 Bradley Ave.
Street Address

| White Plains | NY | 10607 |
|---|---|---|
| County, City | State | Zip Code |

| (917)757-8236 | tescvin@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Ardsley Union Free
Last Name: School District
Current Job Title (or other identifying information): c/o Stanley A. Camhi, Esq. at Jaspan Schlesinger, LLP
Current Work Address (or other address where defendant may be served): 300 Garden City Plaza
County, City: Garden City
State: NY
Zip Code: 11530

Defendant 2:
First Name: Jeanne
Last Name: Farruggio
Current Job Title (or other identifying information): c/o Stanley A. Camhi, Esq. at Jaspan Schlesinger, LLP
Current Work Address (or other address where defendant may be served): 300 Garden City Plaza
County, City: Garden City
State: NY
Zip Code: 11530

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Page 4

Defendant 4:   N/A
               _____
               First Name            Last Name
               N/A
               _____
               Current Job Title (or other identifying information)
               N/A
               _____
               Current Work Address (or other address where defendant may be served)
               N/A
               _____
               County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   Ardsley, NY

Date(s) of occurrence:   School Years 2017-18, 2018-19, 2019-20, 2020-21

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE ATTACHMENT

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Deprivation of rights under State, federal, and Constitutional laws

Also SEE ATTACHMENT

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Declaration that Plaintiff's son (WV) was denied a Free and Appropriate Public Education under the IDEA and Section 504 of the RA; Declaration that Plaintiff's son (WV) was eligible for pendency services under the IDEA; Reimbursement for educational services; Compensatory Educational Services; Costs related to litigation; Compensatory

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| June 16, 2021 | Maria Theresa Vinluan (signature) |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Maria Theresa | C | Vinluan |

Street Address: 95 Bradley Ave

| County, City | State | Zip Code |
|---|---|---|
| White Plains | NY | 10607 |

| Telephone Number | Email Address (if available) |
|---|---|
| (917)757-8236 | tescvin@gmail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.